**Vikas SAREEN, Plaintiff—Appellant,**

**v.**

**Reema SAREEN; et al., Defendants—Appellees.**

**No. 08–17395.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Vikas Sareen, Fresh Meadows, NY, pro se.

Richard Charles Miadich, Olson Hagel & Fishburn LLP, Jeri Lynn Pappone, Longyear O'Dea and Lavra, Sacramento, CA, for Defendants–Appellees.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Vikas Sareen, an attorney, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations in connection with his child custody proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Noel v. Hall,* 341 F.3d 1148, 1154 (9th Cir.2003). We affirm.

The district court properly concluded that the *Rooker–Feldman* doctrine barred Vikas Sareen's action because it is a "forbidden de facto appeal" of a state court decision, and raises constitutional claims that are "inextricably intertwined" with that prior state court decision. *Id.* at 1158; *see also Bianchi v. Rylaarsdam,* 334 F.3d 895, 900 n. 4 (9th Cir.2003) (explaining that under the *Rooker–Feldman* doctrine, "[i]t is immaterial that [the plaintiff] frames his federal complaint as a constitutional challenge to the state court['s] decision[ ], rather than as a direct appeal of [that decision]").

Appellant's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

